**FILED**

09/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0297

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| CENTRON SERVICES, INC. dba CREDIT SYSTEMS, <br><br>             Plaintiff and Appellant, <br><br>     v. <br><br> CACHERAL D. DELOREAN, <br>             Defendant and Appellee. | CAUSE NO. DA 22-0297 |

### ORDER

_____

Counsel for Appellee has filed a Motion for Withdrawal of Counsel. The time for response has run and no objection was filed by Appellee.

IT IS HEREBY ORDERED that the Motion for Withdrawal of Counsel is GRANTED. All further notification of any pleadings or correspondence involving this appeal shall be given to Appellee as follows: Cacheral D. Delorean, P.O. Box 419, Lakeside, MT 59922, saunagirlcdl@gmail.com.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
September 6 2022